**Glenn HENDERSON, Plaintiff—Appellant,**

v.

**ROBERTSON, Dr.; et al., Defendants—Appellees.**

No. 05–56553.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 9, 2008.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Glenn C. Henderson, Los Angeles, CA, pro se.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

### MEMORANDUM **

Glenn Henderson appeals pro se from the district court's order dismissing his diversity action alleging medical malpractice in 1959 or 1960. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Fanucchi & Limi Farms v. United Agri Products*, 414 F.3d 1075, 1080 (9th Cir.2005), and we affirm.

The district court properly dismissed Henderson's action as time-barred because, whether N.C. Gen.Stat. § 1–15(c) applies, or Cal. Civ. Proc. § 340.5 applies, according to his own pleadings, Henderson's action accrued more than the requisite period before he filed his complaint.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.